

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00333-CV

| | |
|---|---|
| IN THE ESTATE OF JOHN DAVID HARRIS, DECEASED | § On Appeal from the Probate Court No. 2 |
| | § of Tarrant County (2011-PR00903-1-2) |
| | § March 4, 2021 |
| | § Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the probate court's order. It is ordered that the order of the probate court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
 Justice Wade Birdwell